IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01355-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE/GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2010.**

    Plaintiff's "Motion to Suspend Hearing Pending Federal Judicial Review of Liability and Ruling on Remand for Lack of Complete Diversity to Support Subject Matter Jurisdiction" [filed June 11, 2010; docket #3 (*see also* docket #1-6)] is **denied as moot**. In this motion, directed to the Arapahoe County District Court, Plaintiff requests the court to vacate a hearing set for April 11, 2010. As April 11, 2010, has passed, and Defendant removed the state court matter to this federal district, the Court denies Plaintiff's motion as moot.

    Pending before the Court is "Respondent's Motion to Dismiss for Lack of Jurisdiction, or Alternatively, to Vacate June 11 Hearing on Motion for Preliminary Injunction" [filed June 11, 2010; docket #4 (*see also* docket #1-7)]. Defendant filed this motion when the matter was pending before the Arapahoe County District Court. Defendant has since removed the case to this federal district. Accordingly, the Court instructs Defendant to either 1) file a notice of its intent to proceed with this motion to dismiss or 2) file a motion to withdraw the motion to dismiss, on or before **June 21, 2010**.