IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-01355-REB-MEH | Date: September 20, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

TINA GARCIA, *Pro Se*

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY         Rachel Yates
OF AMERICA,

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

**Court in session:** 10:00 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel. Ms. Yates states that she is appearing for this hearing only, as Defendant has not yet been served in this case.

The Court and parties discuss service on Defendant, the Motion to Dismiss filed in the state court case, and the proper legal entity to be served.

**ORDERED:** 1. In light of the discussion on the record, the Motion to Dismiss (Doc. #4, filed 6/11/10) is denied without prejudice pending completion of service by Plaintiff on or before September 27, 2010.

          2. When Defendant is properly served in this case, the same dates in the Scheduling Order entered in case 10-cv-00912-REB-MEH, which involve the same parties, will apply.

Ms. Yates is directed to prepare the Scheduling Order in this case when Defendant is properly served and submit the order to the Court by e-mail in Word or WordPerfect format for signature.

Off-the-record ruling:

**ORDERED:** Plaintiff's obligation to Show Cause pursuant to the Orders entered on August 10 and 24, 2010 (Docs. #17 and 18) is discharged.

**Court in recess:** **10:12 a.m. (Hearing concluded)**
**Total time in Court:** 0:12