IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01355-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE/GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    Pending before the Court is Plaintiff's "Petition for Disability Services Related to Traumatic Brain Injury" [filed September 27, 2010; docket #24]. The Court **DENIES IN PART** and **GRANTS IN PART** Plaintiff's motion as follows.

    The Court construes Plaintiff's motion in four parts: 1) request for appointment of a "Disability Advocate," 2) request for appointment of counsel, 3) request for "real-time transcripts of court proceedings," and 4) extra time for responses. Plaintiff provides no legal authority for any of her requests.

    The Court is not aware of any jurisdictional basis for appointment of a "Disability Advocate," thus Plaintiff's motion is **denied** to this extent. Regarding appointment of counsel, the Court does not have the power to appoint an attorney over his or her objection, *Mallard v. United States District Court for the Southern Dist. of Iowa*, 490 U.S. 296, 310 (1989), nor does the Court have funds available to pay an attorney who agrees to represent an indigent litigant in a civil case. Absent the power to appoint counsel to a case, the Court can only seek volunteer counsel to

represent a plaintiff such as this Plaintiff.

Plaintiff's request is **granted** to the extent Plaintiff's case will be placed on the list of *pro se* cases for which the Court is seeking volunteer counsel maintained by the CJA/Pro Se Division of the Clerk's Office, but **denied** in that counsel will not be appointed by the Court.

Regarding Plaintiff's request for "real-time transcripts of court proceedings," Plaintiff is welcome to contact the Clerk of Court for information on obtaining transcripts, at (303) 844-3433. Should Plaintiff seek extra time for responses for any motion filed in this matter, she may file a motion at that time with her request. The motion at hand as well as prior motions and pleadings filed in this matter demonstrate Plaintiff's ability to petition the Court for specific relief.

SO ORDERED.

Dated at Denver, Colorado, this 29th day of September, 2010.

BY THE COURT:

*Michael E. Hegarty*  Michael E. Hegarty
United States
Magistrate
Judge