IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01355-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE/GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2010.**

    In light of Defendant's Unopposed Motion to Consolidate Case with 10-cv-00912-REB-MEH [filed September 29, 2010; docket #26],[1] Plaintiff's Motion for Determination of Subject Matter Jurisdiction, and Request for Reasonable Accommodations [filed September 20, 2010; docket #20] is **denied as moot**. In Case No. 10-cv-00912-REB-MEH, this Court denied Plaintiff's Motion for Remand for Lack of Subject Matter Jurisdiction, thereby satisfying itself of appropriate subject matter jurisdiction over the issues raised in Plaintiff's substantively identical complaints filed in both matters. (*See* docket #27 (in 10-cv-00912-REB-MEH).)

---

    [1]The Court notes that the same motion is pending in the related case, titled Defendant's Unopposed Motion to Consolidate Case with 10-cv-01355-REB-MEH [filed September 29, 2010; docket #44].