**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01355-REB-MEH

TINA GARCIA,

     Plaintiff,

v.

BERKSHIRE/GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America,

     Defendant.

---

**ORDER DENYING DEFENDANT'S UNOPPOSED
MOTION TO CONSOLIDATE CASES**

---

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Motion To Consolidate Case with 10-cv-912-REB-MEH and Certificate of Compliance with D.C.COLO.LCivR 7.1** [#26] filed September 29, 2010.  I deny the motion.

Pursuant to the Local Rules of this District, "[a] motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial" and, if consolidation is found to be warranted, the consolidated case is assigned to the docket in the lowest numbered case.  **D.C.COLO.LCivR** 42.1.  Although I am the district judge assigned to both cases, resolution of the motion for consolidation must be decided in the oldest numbered case, in this instance, in 10-cv-00912-REB-MEH.[1]

---

[1] I note that defendant has filed a nearly identical motion in that case.  (**See Defendant's Unopposed Motion To Consolidate Case with 10-cv-1355-REB-MEH and Certificate of Compliance with D.C.COLO.LCivR 7.1** [#44], filed September 29, 2010, *Garcia v. Berkshire Life Insurance Co. of America*, Civil Case No. 10-cv-00912-REB-MEH.)

**THEREFORE, IT IS ORDERED** that **Defendant's Unopposed Motion To Consolidate Case with 10-cv-912-REB-MEH and Certificate of Compliance with D.C.COLO.LCivR 7.1** [#26] filed September 29, 2010, is **DENIED**.

Dated November 4, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge