Case 1:10-cv-01355-REB-MEH   Document 51   Filed 03/04/11   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01355-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE/GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2011.**

    Plaintiff's Motion to Remand [filed March 2, 2011; docket #49] is **denied** for the same reasons stated in this Court's order issued January 5, 2011, at docket #43. The Court reminds Plaintiff that her response to Defendant's Motion to Compel [docket #44] is due on or before **March 7, 2011**, and her response to Defendant's Motion for Summary Judgment [docket #45] is due on or before **March 14, 2011**.