**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01355-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE/GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America,

    Defendant.

**ORDER REJECTING RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE AND REMANDING FOR FURTHER DETERMINATION**

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation for Dismissal for Failure To Prosecute** [#52] filed March 31, 2011. The magistrate judge recommends dismissing this case for failure to prosecute and denying **Defendants' Motion for Summary Judgment and Certifications** [#45] filed February 17, 2011. Although plaintiff has filed no objection, defendants object that a dismissal with prejudice is warranted in the circumstances of this case. I believe this more extreme sanction warrants consideration, and, thus, reject respectfully the recommendation and refer the matter again to the magistrate judge for further consideration.

The magistrate judge's recommendation is detailed and well-reasoned. I concur with his ultimate conclusion that this case should be dismissed for failure to prosecute. Nevertheless, the matters raised by **Defendants' Objection to Magistrate Judge's Recommendation for Dismissal for Failure To Prosecute [Doc. 52]** [#56] filed April

4, 2011, which reiterate arguments presented in defendants' summary judgment motion, detail the long and tortured litigation history of this matter and its predecessors. Consideration of those facts and circumstances may warrant a dismissal with prejudice of this matter, either under the fifth *Ehrenhaus* factor, previously considered by the magistrate judge in making his recommendation, or otherwise as a sanction for abusive litigation practice.  In addition, the magistrate judge appears not to have considered the possibility that a dismissal without prejudice in this case may operate as a dismissal with prejudice in any event due to the running of applicable statutes of limitation.  *See Florence v. Decker*, 153 Fed. Appx. 478, 480 (10th Cir. Oct. 28, 2005); *Woodmore v. Git-N-Go*, 790 F.2d 1497, 1499 (10th Cir. 1986);

**THEREFORE, IT IS ORDERED** as follows:

1.  That the magistrate judge's **Recommendation for Dismissal for Failure To Prosecute** [#52] filed March 31, 2011, is respectfully **REJECTED** as moot;

2.  That the objection stated in **Defendants' Objection to Magistrate Judge's Recommendation for Dismissal for Failure To Prosecute [Doc. 52]** [#56] filed April 4, 2011, is **SUSTAINED**;

3.  That **Defendants' Motion for Summary Judgment and Certifications** [#45] filed February 17, 2011, is again **REFERRED** to the magistrate judge for further findings and recommendation consistent with this order.

Dated April 26, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge