**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01355-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE/GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Second Recommendation of United States Magistrate Judge** [#59][1] filed May 6, 2011.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted insofar as it recommends dismissal of plaintiff's claim with prejudice as a sanction for failure to prosecute, failure to comply with duly issued orders of the court, and a pattern of abusive litigation conduct.

---

[1] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Second Recommendation of United States Magistrate Judge** [#59] filed May 6, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's claims against defendants are **DISMISSED WITH PREJUDICE** as a sanction for failure to prosecute, failure to comply with duly issued orders of the court, and a pattern of abusive litigation conduct;

3. That **Defendants' Motion for Summary Judgment and Certifications** [#45] filed February 17, 2011, is **DENIED AS MOOT**;

4. That judgment **SHALL ENTER** on behalf of defendants, Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America (misnamed in the caption as "Berkshire/Guardian Life Insurance Company of America"), against plaintiff, Tina Garcia, as to all claims for relief and causes of action; provided, that such judgment **SHALL BE** with prejudice; and

5. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated June 7, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackbum
United States District Judge